IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK M. ALLEN, SR.           )
                                )
         Plaintiff,             )
                                )
     v.                         )     1:21CV8
                                )
KELDA S. DAVIS,                 )
                                )
         Defendant.             )

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 9, 2021, was served on the parties in this action. (Docs. 4, 5.) Plaintiff objected to the Recommendation. (Doc. 6.) It is obvious from Plaintiff's stock objection that he has not bothered to read the Recommendation, as the Recommendation bases its decision on one of the very grounds that Plaintiff claims the court failed to consider.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.

                                                            <u>/s/   Thomas D. Schroeder</u>
                                                            United States District Judge

August 18, 2021